UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLEY S. SCIPIO, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

CLIENT SERVICES, INC.,

                Defendant.

**ORDER**

20 Civ. 1775 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion for judgment on the pleadings:

1. Defendant's motion is due on **August 21, 2020**;

2. Plaintiff's opposition is due on **September 21, 2020**; and

3. Defendant's reply, if any, is due on **October 5, 2020**.

Dated: New York, New York
       July 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge