UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLEY S. SCIPIO, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

CLIENT SERVICES, INC.,

Defendant.

Case No: 1:20-cv-01775-PGG

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 15, 2020

LIPPES MATHIAS WEXLER FRIEDMAN, LLP

By_____
Brendan H. Little, Esq.
50 Fountain Plaza, Suite 1700,
Buffalo, NY 14202
Tel: (716) 853-5100
Email: blittle@lippes.com
*Attorneys for Defendant*

BARSHAY SANDERS, PLLC

By:_____
Jonathan M. Cader, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *csanders@BarshaySanders.com*
Our File No: 118620
*Attorneys for Plaintiff*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: December 17, 2020